IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Benjamin, Levy

Printed: 6/17/08

Case Number: 07 B 21578
Judge: Hollis, Pamela S
Filed: 11/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 435.00 |  |
| Secured: |  | 411.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 23.49 |
| Other Funds: |  | 0.00 |
| Totals: | 435.00 | 435.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Barnes Auto Finance | Secured | 5,158.00 | 411.51 |
| 3. | National City Mortgage Co | Secured | 16,632.83 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 10,755.09 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 144.14 | 0.00 |
| 6. | Capital One | Unsecured | 92.14 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 100.14 | 0.00 |
| 8. | South Shore Hospital | Unsecured | 52.15 | 0.00 |
| 9. | Drive Financial Services | Secured |  | No Claim Filed |
| 10. | South Division Credit Union | Priority |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Encore | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | Tate & Kirlin | Unsecured |  | No Claim Filed |
| 15. | AR Imaging, S.C. | Unsecured |  | No Claim Filed |
| 16. | Plaza Associates | Unsecured |  | No Claim Filed |
| 17. | South Division Credit Union | Unsecured |  | No Claim Filed |
| 18. | Drive Financial Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,934.49 | $ 411.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 23.49 |
|  | _____ |
|  | $ 23.49 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Benjamin, Levy

Printed: 6/17/08

Case Number: 07 B 21578
Judge: Hollis, Pamela S
Filed: 11/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

